### 14952.　CROSSLEY *v.* THE STATE.

BROYLES, C. J.　The motion for a new trial containing the usual general grounds only, and there being some evidence authorizing the verdict, the overruling of the motion was not error.

> *Judgment affirmed.　Luke and Bloodworth, JJ., concur.*
>
> DECIDED NOVEMBER 13, 1923.

Conviction of attempt to make intoxicating liquor; from DeKalb superior court—Judge Hutcheson.　July 21, 1923.

*Branch & Howard, D. P. Phillips,* for plaintiff in error.

*Claude C. Smith, solicitor-general,* contra.

---

### 14974.　WOMACK *v.* THE STATE.

BROYLES, C. J.　The verdict was authorized by the evidence, and none of the special grounds of the motion for a new trial shows reversible error.

> *Judgment affirmed.　Luke and Bloodworth, JJ., concur.*
>
> DECIDED NOVEMBER 13, 1923.

Indictment for manufacture of liquor; from Floyd superior court—Judge Wright.　August 17, 1923.

*M. B. Eubanks,* for plaintiff in error.

*E. S. Taylor, solicitor-general, J. F. Kelly,* contra.

---

### 14988.　NIXON *v.* THE STATE.

BROYLES, C. J.　The verdict was demanded by the evidence, and the amendment to the motion for a new trial was without merit.

> *Judgment affirmed.　Luke and Bloodworth, JJ., concur.*
>
> DECIDED NOVEMBER 13, 1923.

Indictment for having pistol at church; from Randolph superior court—Judge Custer presiding.　July 28, 1923.

*Charles W. Worrill,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.